UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:14cr-17-Orl-18DAB
18 U.S.C. § 922(o)(1)
ROBERT HAMM  18 U.S.C. § 924(d)- Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 5, 2013, in Volusia County, Florida, in the Middle District of Florida,

**ROBERT HAMM**

the defendant herein, knowingly possessed and transferred a machinegun, to wit:

| Make | Model | Type | Serial Number |
| --- | --- | --- | --- |
| STEN | Mark V | 9mm machinegun | 151865 |

which shoots, is designed to shoot, and can be readily restored to shoot, automatically, more than one shot without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

### ROBERT HAMM

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

If any of the property described above as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. Lee Bentley, III
Acting United States Attorney

By: _____
David Haas
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division